# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 15, 2010

Marilyn Kelly,
Chief Justice

140879

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

IN RE ESTATE OF UPJOHN

_____

NATIONAL CITY BANK OF THE MIDWEST,
TRUSTEE,
      Petitioner-Appellee,

v

PHARMACIA & UPJOHN COMPANY, L.L.C.,
      Respondent-Appellee,
and

KALAMAZOO COMMUNITY FOUNDATION,
      Respondent-Appellant,
and

ATTORNEY GENERAL/CONSUMER
PROTECTION AND CHARITABLE TRUSTS
DIVISION,
      Intervening-Appellee.

_____/

SC: 140879
COA: 278668
Kalamazoo PC: 1956-020742-TT

      On order of the Court, the application for leave to appeal the February 23, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 15, 2010

0908

Clerk